## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GREGORY SCOTT WILSON, | |
| Plaintiff, | |
| v. | Case Number 16-cv-8446 |
| GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, M.D., (Deceased), | Judge Sharon Johnson Coleman |
| Defendants. | |

### STIPULATION TO DISMISS CLAIMS

Plaintiff, ("Plaintiff") and Defendant, GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, M.D., (Deceased), hereby stipulate to the dismissal of Plaintiff's claims against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendant agree as follows:

1. Pursuant to the Release of All Claims in connection with the settlement reached by and between Plaintiff and Defendant, Plaintiff voluntarily dismisses his claims against Defendant with prejudice.

2. Each party shall bear his own attorneys' fees, costs and expenses incurred in connection with litigating this claim.

AGREED:

_____
Gregory Scott Wilson
*Plaintiff*

/s/ *Joseph J. Lombardo*
Joseph Lombardo
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/Joseph J. Lombardo

2